RECEIVED

JAN - 6 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORAH LEA DWYER, ET AL. | MISC. CASE NO. 16-mc-92 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve Settlement of Deborah Lea Dwyer, as Administrator and Derivative Claimant; and Joseph Boyer, Jr., Scott Boyer, and Jeffrey Boyer, as Derivative Claimants, for the estate of Joseph Boyer, Sr., is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __6__ day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE